IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BELLON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA SHAPIRO, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 3:21-100<br>Judge Nora Barry Fischer<br>Magistrate Judge Keith Pesto |

## ORDER OF COURT

AND NOW, this 4th day of February, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith Pesto on June 12, 2023, (Docket No. 26), recommending that after screening Plaintiff Charles Bellon's Amended Complaint under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), that the Amended Complaint be dismissed, with prejudice, and without leave to amend, as any amendment would be futile, and the Magistrate Judge having initially extended the time for filing Objections to August 1, 2023, (Docket No. 28), and denied a later request to further extend the deadline in an Order dated August 2, 2023, (Docket No. 30), and then entered an Order on January 17, 2024, (Docket No. 32), striking Objections which were untimely filed by Plaintiff on January 16, 2024, (Docket No. 31), this matter having been reassigned to the undersigned for prompt disposition of the matter, (Docket No. 33), and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 26), which is ADOPTED as the Opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [31] are OVERRULED, as they are untimely as noted by the Magistrate Judge in his Order and otherwise without merit for the reasons set forth in the Report and Recommendation;

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [25] is DISMISSED, with prejudice and leave to amend is denied, as futile;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Keith Pesto

cc:   Charles Bellon FN-8112
      S.C.I. Somerset
      1590 Walters Mill Road
      Somerset, PA 15510
      (via first class mail)